UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM J. COSTELLO, individually
and as TRUSTEE OF THE ARTICLE VII
FUND UNDER THE WILLIAM J. COSTELLO
DECLARATION OF TRUST, and
ELIZABETH COSTELLO, an individual,                    Case No. 5:06-CV-213

        Plaintiffs,                                      Hon. Richard Alan Enslen

    v.

PATTERSON DENTAL SUPPLY,
INC., a Minnesota corporation
                                                      **ORDER**
          Defendant.            /

      In accordance with the Opinion issued on this date:

      **IT IS HEREBY ORDERED** that Defendant Patterson Dental Supply, Inc.'s Motion to

Compel Arbitration, Stay Proceedings and Dissolve *Ex Parte* Temporary Restraining Order (Dkt.

No. 10) is **GRANTED IN PART AND DENIED IN PART** as detailed in the Opinion.

      **IT IS FURTHER ORDERED** that Plaintiffs' Amended Motion for Preliminary Injunction

(Dkt. No. 16) is **DENIED AS MOOT**.

      **IT IS FURTHER ORDERED** that Plaintiffs' *Ex Parte* Temporary Restraining Order is

**DISSOLVED**.

      **IT IS FURTHER ORDERED** that the action is **STAYED** pending arbitration of the

Closing Balance Sheet dispute.


Dated in Kalamazoo, MI:                          /s/Richard Alan Enslen
April 5, 2007                                  Richard Alan Enslen
                                               Senior United States District Judge