UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM J. COSTELLO, ET AL.,

       Plaintiffs,                          HONORABLE PAUL L. MALONEY

v.                                          Case No. 5:06-cv-213

PATTERSON DENTAL SUPPLY, INC.,

       Defendant.
_____/

## ORDER REGARDING CLOSING DOCUMENTS

The Court having been informed by the Report Following Facilitative Mediation filed March 30, 2010 (Dkt #110) of the parties' agreement to settle this matter:

**IT IS HEREBY ORDERED** that appropriate closing documents shall be filed with the Court by **April 27, 2010**.


DATED: March 30, 2010                     /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   Chief United States District Judge